

bile, AL, John G. Wheeler, Tupelo, MS, for Defendant–Appellee.

Brent R. Marquand, Thomas F. Fine, Tennessee Valley Authority, Knoxville, TN, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, the Court affirms the grant of summary judgment in favor of the Defendant–Appellee on all of the Plaintiff–Appellant's claims for the reasons outlined in the district court's thorough and well-reasoned orders of October 12, 2006, and December 2, 2005.

**AFFIRMED.**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's order dated August 17, 2006, granting summary judgment in favor of Defendants–Appellees.

**AFFIRMED.**

**Waymon L. BLEVINS, Plaintiff–Appellant,**

v.

**Glenn L. MCCULLOUGH, Jr., Chairman, Tennessee Valley Authority, Bill Baxter, Director, Skila Harris, Director, Defendants–Appellees.**

No. 06–15457.

United States Court of Appeals, Eleventh Circuit.

May 21, 2007.

Carol Robin Gerard, The Law Office of Jay Lewis, LLC, Montgomery, AL, for Plaintiff–Appellant.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Federico FLORES–ESPINOSA, Defendant–Appellant.**

No. 06–14309.

United States Court of Appeals, Eleventh Circuit.

May 21, 2007.

Latisha Vanese Colvin, Federal Defenders Office, Carlos Alfredo Williams, Fred-

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.

* Honorable J. Owen Forrester, United States District Judge for the Northern District of Georgia, sitting by designation.